1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR09-188-RSL |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| AMUND DRESALE REYNOLDS, | |
| Defendant. | |

15   This matter comes before the Court on defendant's "Motion for Early Termination of

16  Supervised Release." (Dkt. # 55).

17   On June 10, 2009, defendant pleaded guilty to (i) one count of possession of cocaine base

18  in the form of crack cocaine with the intent to distribute (greater than five grams), in violation of

19  21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) and (ii) one count of felon in possession of a firearm, in

20  violation of 18 U.S.C. § 922(g)(1). Dkt. # 17. On November 20, 2009, the Court sentenced

21  defendant to 96 months of imprisonment and five years of supervised release. Dkt. # 26. On

22  June 7, 2013, the Court reduced defendant's sentence to 92 months of imprisonment and five

23  years of supervised release. Dkt. # 29. On December 8, 2014, the Court again reduced

24  defendant's sentence to time served and five years of supervised release. Dkt. # 32. Defendant

25  started his initial term of supervised release on October 30, 2015. Dkt. # 33. On February 16,

26  2018, defendant admitted guilt to committing a new law violation (assault 3rd degree) before

27  Hon. Mary Alice Theiler. Dkt. # 43. On March 1, 2018, the Court revoked defendant's term of

28  supervised release and committed him to a term of 24 months of imprisonment followed by

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 1

1   three years of supervised release.  Dkts. # 49, 50.  Defendant's current term of supervised

2   release commenced on January 15, 2020.  Dkt. # 52.

3          The Court may "after considering the factors set forth in [18 U.S.C. § 3553(a)] . . .

4   terminate a term of supervised release and discharge the defendant released at any time after the

5   expiration of one year of supervised release . . . if it is satisfied that such action is warranted by

6   the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e).  The

7   Court enjoys "discretion to consider a wide range of circumstances when determining whether

8   to grant early termination."  United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing

9   United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

10          The Court is pleased to learn of defendant's generally positive performance on supervised

11   release, including his stable employment and commitment to his family.  However, the Court

12   finds that defendant's request to terminate supervised release is premature.  See 18 U.S.C.

13   §§ 3583(e)(1), 3553(a).  Accordingly, defendant's request for early termination of supervised

14   release (Dkt. # 55) is DENIED.  Nonetheless, if defendant remains free of any supervised

15   release violations in the coming months, the Court will entertain a renewed motion for early

16   termination of supervised release noted for July 1, 2022.

17          IT IS SO ORDERED.

18

19          DATED this 24th day of January, 2022.

20

21

22          Robert S. Lasnik

23          United States District Judge

24

25

26

27

28

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2